JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 16-08794-JFW (DTB)**                                        Date: **January 6, 2017**

Title:  **Avila Oscar Alvarez v. California Correctional Institution, et al.**
================================================================
================================================================

PRESENT:

**HON. JOHN F. WALTER, DISTRICT JUDGE**

| Shannon Reilly | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
                  None present                                                          None present

**PROCEEDINGS: (IN CHAMBERS)**

On December 5, 2016, plaintiff's Request to Proceed Without Prepayment of Filing Fees was DENIED and plaintiff was ordered to pay the filing fees in full within 30 days or this action would be dismissed. More than thirty days have now passed, and plaintiff has not paid the full filing fee. Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

Initials of Deputy Clerk _sr___